**1**

**Gary D. SMITH, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 05–3016.

United States Court of Appeals, Federal Circuit.

April 7, 2005.

ORDER

Petitioner having filed the required brief, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Respondent should compute the due date for filing its brief from the date of filing of this order.

**2**

**Pedro M. MAPA, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 05–3109.

United States Court of Appeals, Federal Circuit.

April 7, 2005.

ORDER

Petitioner having filed the required Statement Concerning Discrimination it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Respondent should compute the due date for filing its brief of the date of filing of this order.